S.D.N.Y.– N.Y.C.
23-cv-9453
Preska, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of February, two thousand twenty-six.

Present:
    Michael H. Park,
    Alison J. Nathan,
    Sarah A. L. Merriam,
        *Circuit Judges*.

Estate of Russell Frost, et al.,

        *Plaintiffs - Appellees*,

    v.

Kuveyt Turk Katilim Bankasi A.S.,

        *Defendant - Appellant*,     25-1852

Kuwait Finance House,

        *Defendant*,

Citibank N.A., et al.,

        *Nominal-Defendants*.

Appellees move to dismiss this appeal for lack of jurisdiction. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED because this Court lacks jurisdiction under 28 U.S.C. § 1292(a)(1) and there is no other basis for immediate appeal. *See Korea Shipping Corp. v. N.Y. Shipping Ass'n*, 811 F.2d 124, 126 (2d Cir. 1987).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

